**Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000417
03-AUG-2015
08:09 AM**

NO. CAAP-15-0000417

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

SONYA SNOWDEN-MITCHELL, aka SONYA SNOWDEN,
Plaintiff-Appellant,
v.
BENJAMIN JAMES MITCHELL, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 14-1-1123)

ORDER DISMISSING THE APPEAL
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon review of the record, it appears that:

(1) On May 14, 2015, Plaintiff-Appellant Sonya Snowden-Mitchell, also known as Sonya Snowden (Appellant), pro se, filed a notice of appeal;

(2) On June 30, 2015, the court denied Appellant's motion for leave to proceed on appeal in forma pauperis;

(3) On July 15, 2015, the appellate clerk notified Appellant that the time to docket the record on appeal expired on July 13, 2015, the filing and docketing fees had not been paid, the record on appeal cannot be prepared without the fees, the court denied Appellant's motion for leave to proceed on appeal in

forma pauperis, the matter would be called to the court's attention on July 27, 2015, for appropriate action, which may include dismissal, and Appellant may file a motion requesting relief from default;

(4) Appellant did not pay the filing and docketing fees, give security for costs, or take any further action in this appeal;

(5) An appeal may be dismissed if the court has denied a motion for leave to proceed on appeal in forma pauperis and, within ten days after the denial of such a motion, the movant has not paid all unpaid filing fees and given security for costs. Hawai'i Rules of Appellate Procedure (HRAP) Rule 24(c);

(6) An appeal may also be dismissed where the record on appeal has not been prepared because the appellant failed to pay the required fees or obtain an order allowing the appellant to proceed in forma pauperis. HRAP Rule 11(b)(2), (c)(2).

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

Dated: Honolulu, Hawai'i, August 3, 2015.

Chief Judge

Associate Judge

Associate Judge

-2-